

**Paramus Office:**
Mack-Cali Centre II
650 From Rd – Suite 565
Paramus, NJ 07652
Phone: 201.261.1700
Fax: 201.261.1775
info@callagylaw.com
callagylaw.com

**Sean R. Callagy**[a,b,c]

Partners
Michael J. Smikun[a,b]
David L. Aromando[a,b]
Brian P. McCann[a,b]
Christopher R. Cavalli[a]
Hala A. Jaloudi[a]
Jeffrey L. Greyber[b,g,h,i]

Associates
JoAnne Baio LaGreca[a,b]
Thomas LaGreca[b]
James Greenspan[a,b]
Tamara E. Kotsev[a,b]
Lynne Goldman[a,b]
Christopher R. Miller[a]
Robert J. Solomon[a,b]
Daniel C. Nowak[a]
Emily J. Harris[a]
Sarah N. Goldenthal[a,b]
Rajat Bhardwaj[a]
Michael Bittoni[b]
Brian Williamson[c]
Trevor Anderson[a,b,f]
Angelica Guzman[a]
Brenn Alexander[a]

[a] Member of the NJ Bar
[b] Member of the NY Bar
[c] Member of the AZ Bar
[d] Member of the PA Bar
[e] Member of the NH Bar
[f] Member of the GA Bar
[g] Member of the FL Bar
[h] Member of the TX Bar
[i] Member of the DC Bar

**New York Office:**
2825 Third Avenue
Suite 301
Bronx, NY 10455
Phone: 929.436.0007

**Jersey City Office:**
586 Newark Ave
2nd Floor
Jersey City NJ 07306
Phone: 201.565.2344
Fax: 201.918.2039

**Arizona Office:**
1850 North Central Ave
Suite 1100
Phoenix, AZ 85004
Phone: 602.687.5844

**Florida Office:**
1900 NW Corporate Blvd
Suite 310W
Boca Raton, FL 33431
Phone: 561.405.7966
Fax: 201.549.8753

August 16, 2018

**VIA CM/ECF**
Hon. Cathy L. Waldor
U.S. District Court: District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:    *University Spine Center on assignment of Louise K. v. Aetna, Inc.*
             *Docket No. 17-cv-8160*

Dear Judge Waldor,

    As you know, our office represents University Spine Center on assignment of Louise K. ("University Spine"). Aetna, Inc. is currently named as a Defendant in the above-referenced action as well as in a handful of other ERISA lawsuits.

    During the July 16, 2018 telephone conference before Your Honor, the undersigned and counsel for Defendant, Mr. Thomas J. Elliott, Esq., stated that we would work to produce a new coordinated order.

    Having reviewed the outstanding cases between Plaintiff and Defendant (where Defendant is represented by Elliott Greenleaf, P.C.), it appears that there are two additional cases which could presently be consolidated together.

    Accordingly, the parties jointly request that the Court consolidate all the remaining cases into one group. These cases are as follows (identified by the patients' initials and docket numbers):

    C.B.—17-8755; A.T.—17-8747; D.W.—17-7759; L.K.—17-8160;
    S.F. 18-1090; R.C. 18-1106

    Additionally, the parties request that the deadline for the production of the administrative records be October 1, 2018; that a status conference call be held on October 30, 2018; and that November 30, 2018 be the end of discovery.

    Your Honor's consideration of these requests are very much appreciated. Should the Court have any additional questions, please do not hesitate to contact me.

    Respectfully submitted,

    **CALLAGY LAW, P.C.**

    */s/ Daniel C. Nowak, Esq.*
    Daniel C. Nowak, Esq.